UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                                       :           **Order of Continuance**
                v.           :
                                                        :
ECE ALPTUNAER,                     :           23 Mag. 1055
                                                        :
                Defendant.    :
                                                        :
------------------------------------------------------------X

       Upon the application of the United States of America and the affirmation of Justin Horton, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 1343 and 2, in a complaint dated February 8, 2023.

       It is further found that the defendant was arrested and presented before Magistrate Judge Ona T. Wang in the Southern District of New York on February 9, 2023.

       It is further found that the defendant was released on conditions of bail that must be satisfied by March 16, 2023, and that Clay H. Kaminsky, Esq., has been appointed as defense counsel.  Under the Speedy Trial Act, the Government was initially required to file an indictment or information on or before March 13, 2023.

       It is further found that Assistant United States Attorney Justin Horton and Mr. Kaminsky have engaged in discussions concerning a possible disposition of this case and are continuing discussions concerning a possible disposition of this case.

       It is further found that the Government has requested a continuance to engage in further discussions with counsel about the disposition of this case and that the defendant, through

counsel, has consented to such a continuance and has specifically waived her right to be charged in an indictment or information for an additional period not to exceed 30 days.

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is:

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until April 12, 2023, and that a copy of this Order and the affirmation of Assistant United States Attorney Justin Horton be served via electronic mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       March 10, 2023

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE