# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 16, 2023

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
03/16/2023

**BY EMAIL**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Re:   **United States v. Ece Alptunaer,**
      **23 Mag. 1055 (UA)**

Dear Judge Parker:

I write to request that the Court (1) modify Mr. Alputnaer's bail conditions by reducing the number of financially responsible co-signers required on her personal recognizance bond from two to one and (2) grant a one-week extension, to March 23, 2023, of the deadline for this cosigner to be sworn to the bond. The government has no objection to these requests.

By way of background Ms. Alptunaer was presented before Judge Wang on a complaint charging one count of wire fraud on February 9, 2023. She was released the same day on a $50,000 bond, free-standing GPS monitoring, and other conditions, including the surrender of travel documents. She has met all conditions of her bail release with the exception of obtaining two cosigners for her bond. The deadline for cosigners has been extended twice and is currently today, March 16, 2023. Meanwhile one consigner has interviewed with the U.S. Attorney's Office, which is prepared to approve that cosigner and does not object to removing the requirement of a second cosigner. We anticipate that the approved cosigner can be sworn to the bond within one week.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Justin Horton